No. 1142, EDWARD SMITH *v.* UNITED STATES, and No. 1144, GEORGE S. KEY *v.* UNITED STATES, argued and decided at the same time, are substantially similar, and in those cases also

*The judgments are affirmed.*